IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YOLANDA WINSTON,

    Plaintiff,

v.                                             CASE NO. 4:17cv117-RH/CAS

WARDEN, FCI ALICEVILLE,
TAMIKA DAWSON et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Northern District of Alabama, Western Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on June 29, 2017.

                                                s/Robert L. Hinkle
                                                United States District Judge